IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3061 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 12, a post-judgment motion filed by the plaintiff, Billy Tyler. Judgment has been entered in this case, and the case is closed. Accordingly, no further action will be taken by this court. Filing no. 12 is denied.

SO ORDERED.

DATED this 19th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge